NOEL JASPER v. THE STATE.

No. 8794.  Decided October 22, 1924.

No motion for rehearing filed.

**Theft.**

No statement of facts nor bills of exception appearing in the record, the cause must be affirmed.

Appeal from Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of theft of property over $50 in value; penalty, two years in the State penitentiary.

*Noel Jasper,* and *Harmon & Harmon,* for appellant.

*Shelby Cox,* District Attorney, *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Dallas County of theft of property of more than the value of fifty dollars, and his punishment fixed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception, and the indictment being in correct form, and the charge of the court properly submitting the law, an affirmance will be ordered.

*Affirmed.*